# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 15-012 (DSD/TNL) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Rashaundre Darionno Slaughter, | |
| Defendant. | |

---

Katharine T. Buzicky, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Plaintiff).

Manvir K. Atwal, Assistant Federal Defender, Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415 (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 10, 2015 [Docket No. 35], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 21] is **DENIED**.

Date: April 29, 2015

s/David S. Doty  
David S. Doty, Judge  
United States District Court